| United States Bankruptcy Court<br>**Northern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Corralitos Farms, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**77-0411903** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**116 Martinelli Street, Suite 7**<br>**Watsonville, CA**<br><div align="right">ZIP Code<br>**95076**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Santa Cruz** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Corralitos Farms, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Santa Cruz Berry Farming Company, LLC** | Case Number: | Date Filed:<br>**5/25/15** |
|---|---|---|
| District:<br>**Northern District - San Jose** | Relationship:<br>**Affiliate** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

<table>
<tr><td><strong>Voluntary Petition</strong><br><em>(This page must be completed and filed in every case)</em></td><td>Name of Debtor(s):<br><strong>Corralitos Farms, LLC</strong></td></tr>
</table>

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Thomas A. Vogele, Esq.** _____
Signature of Attorney for Debtor(s)

**Thomas A. Vogele, Esq. 254557**
Printed Name of Attorney for Debtor(s)

**Thomas Vogele & Associates, APC**
Firm Name

**3199 Airport Loop Drive, Suite A3**
**Costa Mesa, CA 92626**

_____
Address

**tvogele@tvalaw.com; abrown@tvalaw.com**
**714-641-1232  Fax: 888-391-4105**
Telephone Number

**May 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert Fritz Koontz** _____
Signature of Authorized Individual

**Robert Fritz Koontz**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**May 25, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re   **Corralitos Farms, LLC**

                                 Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Andrew Koontz 8038 S. 174th Street Higley, AZ 85236 | Andrew Koontz 8038 S. 174th Street Higley, AZ 85236 | Loan from Insider | | 102,850.00 |
| Beth Crandall PO BOX 1287 Watsonville, CA 95077 | Beth Crandall PO BOX 1287 Watsonville, CA 95077 | Unsecured Business Loan | | 151,144.03 |
| Boyer, Inc. PO BOX 82 Watsonville, CA 95077 | Boyer, Inc. PO BOX 82 Watsonville, CA 95077 | Business Expense | | 223,412.13 |
| Comerica Bank Watsonville Square Shopping Center 1998 Main St Watsonville, CA 95076 | Comerica Bank Watsonville Square Shopping Center 1998 Main St Watsonville, CA 95076 | Bank Account Overdraft | | 112,910.48 |
| Crown Nursery, LLC PO BOX 340 Red Bluff, CA 96080-0340 | Crown Nursery, LLC PO BOX 340 Red Bluff, CA 96080-0340 | Business Expense | | 119,628.00 |
| Cypress Ag Consulting PO BOX 3597 Freedom, CA 95019 | Cypress Ag Consulting PO BOX 3597 Freedom, CA 95019 | Business Expense | | 84,522.83 |
| Duran Sales 135 Allison Street Royal Oaks, CA 95076 | Duran Sales 135 Allison Street Royal Oaks, CA 95076 | Business Loan | | 562,728.25 |
| Employment Development Dept. Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 | Employment Development Dept. Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 | Payroll Taxes | | 112,412.90 |
| FMG Farm Contractor, Inc. PO BOX 1582 Gonzales, CA 93926 | FMG Farm Contractor, Inc. PO BOX 1582 Gonzales, CA 93926 | Business Expense | | 281,748.59 |
| Industrias de Culiacan SA de CV Federalismo S/N Las Flores Infonavit Culiacan Sinaloa, Mexico CP 80159 | Industrias de Culiacan SA de CV Federalismo S/N Las Flores Infonavit Culiacan Sinaloa, Mexico CP 80159 | Business Expense Plastic Company | | 97,414.46 |

In re   **Corralitos Farms, LLC**          Case No.   _____

                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Internal Revenue Service Department of the Treasury Ogden, UT 84201-0005** | **Internal Revenue Service Department of the Treasury Ogden, UT 84201-0005** | **Payroll Taxes** | | **137,997.11** |
| **K&M Enterprises, LLC PO BOX 1464 Watsonville, CA 95077** | **K&M Enterprises, LLC PO BOX 1464 Watsonville, CA 95077** | **Produce Cooling** | | **323,000.22** |
| **Kanaka Peak Service PO BOX 1287 Watsonville, CA 95077** | **Kanaka Peak Service PO BOX 1287 Watsonville, CA 95077** | **Business Expense** | | **142,257.80** |
| **Lassen Canyon Nursery, Inc. PO BOX 992400 Redding, CA 96099-2400** | **Lassen Canyon Nursery, Inc. PO BOX 992400 Redding, CA 96099-2400** | **Business Expense** | | **96,135.75** |
| **Norcal Nursery PO BOX 1012 Red Bluff, CA 96080** | **Norcal Nursery PO BOX 1012 Red Bluff, CA 96080** | **Business Expense** | | **189,822.64** |
| **PV Water Management Agency 36 Brennan Street Watsonville, CA 95076** | **PV Water Management Agency 36 Brennan Street Watsonville, CA 95076** | **Business Expense Utilities/Water** | | **121,765.89** |
| **Robert Fritz Koontz 29 Prendergast Lane Watsonville, CA 95076** | **Robert Fritz Koontz 29 Prendergast Lane Watsonville, CA 95076** | **Loan from Insider** | | **96,044.95** |
| **Sambrailo Packaging PO BOX 50090 Watsonville, CA 95077** | **Sambrailo Packaging PO BOX 50090 Watsonville, CA 95077** | **Business Expense** | | **151,537.33** |
| **Sturdy Oil Company PO BOX 90 Salinas, CA 93902-0090** | **Sturdy Oil Company PO BOX 90 Salinas, CA 93902-0090** | **Business Expense** | | **108,998.28** |
| **Zenith Insurance Company File 50004 Los Angeles, CA 90074-0004** | **Zenith Insurance Company File 50004 Los Angeles, CA 90074-0004** | **Business Expense** | | **156,922.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 25, 2015**             Signature   **/s/ Robert Fritz Koontz**

                                            **Robert Fritz Koontz**
                                            **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                             Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Corralitos Farms, LLC**
_____,
                                  Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,420,814.18 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 3,914,471.14 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 253,881.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 3,841,486.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 5,420,814.18 | | |
| Total Liabilities | | | | 8,009,839.43 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **Corralitos Farms, LLC**, 

Debtor

Case No. _____

Chapter **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Corralitos Farms, LLC**               ,      Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

___**0**___  continuation sheets attached to the Schedule of Real Property

                                      (Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

In re   **Corralitos Farms, LLC**       ,      Case No. _____

                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re   **Corralitos Farms, LLC**                                    ,        Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Membership Interest in K&M Enterprises, LLC a California Limited Liability Company Watsonville CA 95077 [FMV]** | - | 323,000.22 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Membership Interest in Kanaka Peak Research a California Limited Liability Company Watsonville, CA 95076 [Cost Basis]** | - | 20,641.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Employee Advances** | - | 73,230.97 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                               Sub-Total >      **416,872.19**
                                           (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re     **Corralitos Farms, LLC**
_____,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Avoidance claims, equitable subordination (§510(c)); Avoidance of Lien (§506); Fraudulent transfer (§548); Preference (§547); Setoff (§553), among other claims against insider Tom Lange Company International, Inc.** | - | 3,965,490.74 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Miscellanous trucks and transportation equipment** | - | 333,213.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous Office Equipment** | - | 58,238.25 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **Miscellaneous farming equipment and implements** | - | 647,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 5,003,941.99 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 5,420,814.18 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re    **Corralitos Farms, LLC**                      ,    Case No. _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx6-000**<br><br>AGCO Finance, LLC<br>PO BOX 2000<br>Johnston, IA 50131 | X | - | Farming Equipment Loan<br><br>Challenger MT835C<br><br><br>Value $      **205,000.00** | | | | 151,080.30 | 0.00 |
| Account No. **xxxxxxxx4259**<br><br>Ally<br>PO BOX 380902<br>Minneapolis, MN 55438 | X | - | Auto Loan<br><br>2006 Ford Low Cab<br><br><br>Value $      **14,895.00** | | | | 7,382.49 | 0.00 |
| Account No. **xxxxxxxx4259**<br><br>Ally<br>PO BOX 380902<br>Minneapolis, MN 55438 | D | - | 10/14/14<br><br>Auto Loan<br><br>2011 Dodge Ram<br><br>Value $      **18,500.00** | | | | 17,777.18 | 0.00 |
| Account No. **xx2992**<br><br>Cal Coastal Rural Development<br>221 Main Street, Suite 301<br>Salinas, CA 93901 | X | - | Bank Loan<br><br>Bank Loan<br><br><br>Value $      **1,455,323.44** | | | | 1,217,421.11 | 0.00 |

   __3__   continuation sheets attached

| | Subtotal<br>(Total of this page) | 1,393,661.08 | 0.00 |
|---|---|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

In re **Corralitos Farms, LLC**, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6921** <br><br> **CAT Financial Commercial** <br> **PO BOX 905229** <br> **Charlotte, NC 28290-5229** | X | - | **Farming Equipment Loan** <br><br> **Wilcox 7 Shank Ripper** <br><br> Value $ 3,500.00 | | | | 7,872.96 | 4,372.96 |
| Account No. **xxx-xxxxxx2-001** <br><br> **Daimler Truck Financial** <br> **PO BOX 5260** <br> **Carol Stream, IL 60197-5260** | X | - | **4/1/2015** <br><br> **Auto Loan** <br><br> **2006 GMC Truck** <br><br> Value $ 32,900.00 | | | | 8,383.92 | 0.00 |
| Account No. <br><br> **Daimler Truck Financial** <br> **PO BOX 5260** <br> **Carol Stream, IL 60197-5260** | | - | **Auto Loan** <br><br> **2006 GMC W4500** <br><br> Value $ 15,325.00 | | | | 15,435.19 | 110.19 |
| Account No. **xxxx7897** <br><br> **Ford Credit** <br> **PO BOX 552679** <br> **Detroit, MI 48255-2679** | X | - | **Auto Loan** <br><br> **2011 Ford F550** <br><br> Value $ 54,785.00 | | | | 13,851.81 | 0.00 |
| Account No. **xxxx0552** <br><br> **Ford Credit** <br> **PO BOX 552679** <br> **Detroit, MI 48255-2679** | X | - | **Auto Loan** <br><br> **2012 Ford F650** <br><br> Value $ 70,160.00 | | | | 58,381.54 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 103,925.42 | 4,483.15

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Corralitos Farms, LLC_____,     Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9554**<br><br>**Ford Credit**<br>**PO BOX 552679**<br>**Detroit, MI 48255-2679** | X | - | **Auto Loan**<br><br>**2011 Ford Flex**<br><br>Value $     **15,600.00** | | | | 19,287.03 | 3,687.03 |
| Account No.<br><br>**Harmon Systems International, LLC**<br>**2201 Coy Avenue**<br>**Bakersfield, CA 93307** | X | - | **8/31/2014**<br><br>**Farming Equipment**<br><br>**M40 Generator**<br><br>Value $     **6,500.00** | | | | 21,228.97 | 14,728.97 |
| Account No. **xxx-xxxxxx8-001**<br><br>**Hitachi Capital America Corp.**<br>**21923 Network Pl**<br>**Chicago, IL 60673-1219** | X | - | **3/31/2015**<br><br>**Farming Equipment Loan**<br><br>**2012 Mitsubishi FE180**<br><br>Value $     **44,125.00** | | | | 19,946.20 | 0.00 |
| Account No. **xxxx0299**<br><br>**Kubota Credit Corporation USA**<br>**PO BOX 894717**<br>**Los Angeles, CA 90189-4717** | X | - | **4/2/2015**<br><br>**Farming Equipment Loan**<br><br>**Tractor 4WD GST S#70037**<br><br>Value $     **10,000.00** | | | | 5,997.00 | 0.00 |
| Account No.<br><br>**Kubota Credit Corporation USA**<br>**PO BOX 894717**<br>**Los Angeles, CA 90189-4717** | | - | **Farming Equipment Loan**<br><br>**Tractor 4WD GST S#70002**<br><br>Value $     **0.00** | | | | 3,681.28 | 3,681.28 |

Sheet __2___ of __3____ continuation sheets attached to<br>Schedule of Creditors Holding Secured Claims

                                            Subtotal | 70,140.48 | 22,097.28
                                            (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re    **Corralitos Farms, LLC**                                             ,        Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kubota Credit Corporation USA** <br>**PO BOX 894717** <br>**Los Angeles, CA 90189-4717** | | - | **Farm Equipment Loan** <br><br>**2012 Tractor M8560 S#50244** <br><br><br>Value $         **35,000.00** | | | | **18,211.16** | **0.00** |
| Account No. **xx5723** <br><br>**TCF Equipment Finance, Inc.** <br>**2695 N. Fowler Avenue, Suite 110** <br>**Fresno, CA 93727-8650** | **X** | - | **4/17/2015** <br><br>**Farming Equipment** <br><br>**Power Harrow Magnum Packer** <br><br>Value $         **30,000.00** | | | | **32,208.00** | **2,208.00** |
| Account No. <br><br>**Tom Lange Company, Inc.** <br>**Tom Lange Company International, Inc.** <br>**5231 South 6th St Road** <br>**Springfield, IL 62701** | **X** | - | **Loans from Insider** <br><br><br><br>Value $      **1,455,323.44** | **X** | **X** | **X** | **2,296,325.00** | **841,001.56** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet **3**____ of **3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | 2,346,744.16 | 843,209.56 |
| Total <br>(Report on Summary of Schedules) | 3,914,471.14 | 869,789.99 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re     **Corralitos Farms, LLC**                   ,     Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                         1    continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

In re **Corralitos Farms, LLC** _____ , Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-x546-6** <br><br> **Employment Development Dept. Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | X | - | 9/30/2014 <br><br> **Payroll Taxes** | | | | 112,412.90 | 0.00 | 112,412.90 |
| Account No. **xxxxxxx3001** <br><br> **Franchise Tax Board Bankruptcy Section MS A-340 PO Box 2952 Sacramento, CA 95812-2952** | X | - | 12/12, 12/13 | | | | 1,204.69 | 4.80 | 1,199.89 |
| Account No. **xx-xxx1903** <br><br> **Internal Revenue Service Department of the Treasury Ogden, UT 84201-0005** | X | - | 4/20/2015 <br><br> **Payroll Taxes** | | | | 137,997.11 | 0.00 | 137,997.11 |
| Account No. **xxx-xx0189** <br><br> **State Board of Equalization PO Box 942879 Sacramento, CA 94279** | X | - | 2/28/2015 | | | | 2,267.00 | 0.00 | 2,267.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 4.80 |
| | 253,881.70 | 253,876.90 |
| Total (Report on Summary of Schedules) | | 4.80 |
| | 253,881.70 | 253,876.90 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Corralitos Farms, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Portable Restrooms** <br>**151 Kearney Street** <br>**Watsonville, CA 95076** | X | - | **Business Expense** | | | | **54,686.69** |
| Account No. <br><br>**Andrew Koontz** <br>**8038 S. 174th Street** <br>**Higley, AZ 85236** | | - | **Loan from Insider** | | | | **102,850.00** |
| Account No. **xxxxxx1748** <br><br>**Applied Industrial Technologies** <br>**PO BOX 100538** <br>**Pasadena, CA 91189** | X | - | **Business Expense** | | | | **511.10** |
| Account No. <br><br>**Armando Ramirez** <br>**287 Carsserly Rod** <br>**Watsonville, CA 95076** | | - | **Loan from Employee** | | | | **22,000.00** |

|  | Subtotal | **180,047.79** |
|---|---|---|
| __13__ continuation sheets attached | (Total of this page) | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re **Corralitos Farms, LLC** _____, Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ARN Translations and Safety Support** <br> **PO BOX 1661** <br> **Freedom, CA 95019** | X | - | Business Expense | | | | 5,112.75 |
| Account No. <br><br> **Azzie's Storage** <br> **34 Roache Road** <br> **Freedom, CA 95019** | X | - | Business Expense | | | | 3,492.00 |
| Account No. <br><br> **Bank of America Payments** <br> **PO BOX 1509** <br> **Wilmington, DE 19886-5019** | X | - | Credit Card for Business Purchases | | | | 16,015.54 |
| Account No. xxxxxxxx8-141 <br><br> **Berkshire Hathaway Homestate Co.** <br> **PO BOX 846693** <br> **Los Angeles, CA 90084-6693** | X | - | Business Expense | | | | 59,819.00 |
| Account No. <br><br> **Beth Crandall** <br> **PO BOX 1287** <br> **Watsonville, CA 95077** | X | - | Unsecured Business Loan | | | | 151,144.03 |

| | | |
|---|---|---|
| Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 235,583.32 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

In re   **Corralitos Farms, LLC** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Boyer, Inc.**<br>**PO BOX 82**<br>**Watsonville, CA 95077** | X | - | **Business Expense** | | | | 223,412.13 |
| Account No. **2610**<br><br>**Cal Coast Irrigation, Inc.**<br>**1480 W. Stowell Road**<br>**Santa Maria, CA 93454** | X | - | **5/26/2015**<br>**Business Expense** | | | | 686.36 |
| Account No. **xxxx-xxxx-xxxx-1355**<br><br>**Capital One**<br>**PO BOX 60599**<br>**City of Industry, CA 91716-0599** | X | - | **Credit Card for Business Purchases** | | | | 531.01 |
| Account No. **6473**<br><br>**Capital One**<br>**PO BOX 60599**<br>**City of Industry, CA 91716-0599** | X | - | **Credit Card for Business Purchases** | | | | 517.92 |
| Account No.<br><br>**Catto's Graphics, Inc.**<br>**111 Dubois Street**<br>**Santa Cruz, CA 95060** | X | - | **Business Expense** | | | | 5,012.76 |

Sheet no. __**2**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 230,160.18

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  **Corralitos Farms, LLC**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Central Coast Water Quality** <br>**PO BOX 1049** <br>**Watsonville, CA 95077** | X | - | | **Business Expense** | | | | 294.84 |
| Account No. **xxxx-xxxx-xxxx-0963** <br><br>**Comercia Bank** <br>**PO BOX 790408** <br>**Saint Louis, MO 63179-0408** | X | - | | **04/08/2015** <br>**Credit card purchases** | | | | 8,499.12 |
| Account No. **xxxxxx8159** <br><br>**Comerica Bank** <br>**Watsonville Square Shopping Center** <br>**1998 Main St** <br>**Watsonville, CA 95076** | X | - | | **Bank Account Overdraft** | | | | 112,910.48 |
| Account No. <br><br>**Crown Nursery, LLC** <br>**PO BOX 340** <br>**Red Bluff, CA 96080-0340** | X | - | | **11/08/2014** <br>**Business Expense** | | | | 119,628.00 |
| Account No. <br><br>**Cypress Ag Consulting** <br>**PO BOX 3597** <br>**Freedom, CA 95019** | X | - | | **Business Expense** | | | | 84,522.83 |

Sheet no. __3___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

325,855.27

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re   **Corralitos Farms, LLC**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1430** <br><br> **Davis Auto Parts A Corp.** <br> **245 Rodriguez Street** <br> **Watsonville, CA 95076** | X | - | **Business Expense** | | | | 1,767.71 |
| Account No. **Rent on Grove Street** <br><br> **Douglas Brouwer** <br> **363 Berkley Way** <br> **Santa Cruz, CA 95062** | X | - | **Business Expense** | | | | 34,432.95 |
| Account No. <br><br> **Duran Sales** <br> **135 Allison Street** <br> **Royal Oaks, CA 95076** | | - | **Business Loan** | | | | 562,728.25 |
| Account No. <br><br> **FMG Farm Contractor, Inc.** <br> **PO BOX 1582** <br> **Gonzales, CA 93926** | X | - | 11/12/2013 <br> **Business Expense** | | | | 281,748.59 |
| Account No. **Somovia Lease** <br><br> **G&H Farms, LLC** <br> **PO BOX 599** <br> **Salinas, CA 93902** | X | - | 7/31/2014 <br> **Business Expense** | | | | 34,622.38 |

Sheet no. __4__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                915,299.88

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re  **Corralitos Farms, LLC**
_____ ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **CFG** <br><br> **Green Rubber - Kennedy Ag** <br> **PO BOX 7488** <br> **Spreckels, CA 93962** | X | - | | | 1/31/2015 <br> Business Expense | | | | 6,892.01 |
| Account No. **xx6084** <br><br> **Green Waste Recovery, Inc.** <br> **PO BOX 11089** <br> **San Jose, CA 95103-1089** | X | - | | | 1/19/2015 <br> Business Expense | | | | 1,239.49 |
| Account No. <br><br> **Grindstone Collections Strategies, Inc.** <br> **5500 NE 109th Court, Suite M** <br> **Vancouver, WA 98662** | X | - | | | Business Expense | | | | 457.25 |
| Account No. <br><br> **Industrias de Culiacan SA de CV** <br> **Federalismo S/N Las Flores Infonavit Culiacan** <br> **Sinaloa, Mexico CP   80159** | X | - | | | 11/18/2014 <br> Business Expense <br> Plastic Company | | | | 97,414.46 |
| Account No. <br><br> **Julie Packard & Nancy Burnett** <br> **6551 Glen Haven Road** <br> **Soquel, CA 95073** | | - | | | May 2015 Lease Payment | | | | 71,155.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**177,158.21**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Corralitos Farms, LLC**
_____,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Produce Cooling | | | | |
| K&M Enterprises, LLC PO BOX 1464 Watsonville, CA 95077 | | - | | | | | | 323,000.22 |
| Account No. **Plants and Interest** | | | | 2/6/2015 Business Expense | | | | |
| Kanaka Peak Service PO BOX 1287 Watsonville, CA 95077 | X | - | | | | | | 142,257.80 |
| Account No. | | | | 1/31/2015 Business Expense | | | | |
| Lakeside Organic Gardens, LLC 577 Judd Road Watsonville, CA 95076 | X | - | | | | | | 13,809.46 |
| Account No. **Plants** | | | | 2/19/2014 Business Expense | | | | |
| Lassen Canyon Nursery, Inc. PO BOX 992400 Redding, CA 96099-2400 | X | - | | | | | | 96,135.75 |
| Account No. **Elkhorn Ranch** | | | | 10/15/2013 Business Expense | | | | |
| Maggiora Brothers Drilling, Inc. 595 Airport Blvd. Watsonville, CA 95076 | X | - | | | | | | 12,868.07 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **588,071.30**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re   **Corralitos Farms, LLC**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Consulting Services**<br><br>**Martin Montelongo**<br>**833 Holly Avenue**<br>**Clovis, CA 93611** | X | - | | 12/15/2013<br>Legal Fees | | | | 2,618.00 |
| Account No.<br><br>**Noland, Hamerly, Etienne & Hoss**<br>**PO BOX 1012**<br>**Salinas, CA 93902** | X | - | | 10/24/2014<br>Legal Fees | | | | 15,377.23 |
| Account No.<br><br>**Norcal Nursery**<br>**PO BOX 1012**<br>**Red Bluff, CA 96080** | X | - | | 05/13/2015<br>Business Expense | | | | 189,822.64 |
| Account No.<br><br>**Organic Horticultural Amendments**<br>**PO BOX 2884**<br>**Watsonville, CA 95077** | X | - | | 2/4/2015<br>Business Expense | | | | 1,500.00 |
| Account No.<br><br>**Ottone Leach & Ray, LLP**<br>**17 East Gabilan Street**<br>**Salinas, CA 93901** | X | - | | 12/31/2013<br>Legal Fees | | | | 3,177.15 |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

212,495.02

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re    **Corralitos Farms, LLC**                                            ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pacific Ag Rental** <br> **820 Park Row #686** <br> **Salinas, CA 93901** | X | - | **10/19/2014** <br> **Business Expense** | | | | 27,291.85 |
| Account No. <br><br> **Pajaro Valley Fabrication** <br> **445 W. Beach Street** <br> **Watsonville, CA 95076** | X | - | **1/14/2015** <br> **Business Expense** | | | | 5,566.29 |
| Account No. <br><br> **Pajaro Valley Laser Leveling, Inc.** <br> **577 Judd Road** <br> **Watsonville, CA 95076** | X | - | **11/15/2013** <br> **Business Expense** | | | | 32,724.00 |
| Account No. <br><br> **Pajaro Valley Printing** <br> **1827 Freedom Blvd.** <br> **Freedom, CA 95019** | X | - | **10/22/2014** <br> **Business Expense** | | | | 2,042.50 |
| Account No. **xC069** <br><br> **Praxair Distribution, Inc.** <br> **Dept, LA 21511** <br> **Pasadena, CA 91185-1511** | X | - | **11/13/2014** <br> **Business Expense** | | | | 232.58 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       | 67,857.22 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Corralitos Farms, LLC__ ,                Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>PV Water Management Agency<br>36 Brennan Street<br>Watsonville, CA 95076 | X | - | 4/14/2015<br>Business Expense<br>Utilities/Water | | | | 121,765.89 |
| Account No.<br><br>Quiedan Company, Inc.<br>15400 Meridian Road<br>Salinas, CA 93907 | X | - | 9/30/2014<br>Business Expense | | | | 8,465.12 |
| Account No. xxx2017<br><br>RDO Equipment Co.<br>10108 Riverford Road<br>Lakeside, CA 92040 | X | - | 8/7/2014<br>Business Expense / Parts | | | | 343.63 |
| Account No.<br><br>Renteria's Tire Service<br>300 Salinas Road<br>Watsonville, CA 95076 | X | - | 2/11/2015<br>Business Expense | | | | 13,024.10 |
| Account No.<br><br>Robert Fritz Koontz<br>29 Prendergast Lane<br>Watsonville, CA 95076 | | - | Loan from Insider | | | | 96,044.95 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **239,643.69**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corralitos Farms, LLC**                                            ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Stephens<br>PO BOX 874<br>Soquel, CA 95073 | | - | May 2015 Lease Payment | | | | 81,015.05 |
| Account No.<br><br>Rocha JR Berry Farms, LLC<br>PO BOX 1360<br>Watsonville, CA 95076 | X | - | 11/25/2014<br>Business Expense | | | | 56,744.93 |
| Account No.<br><br>Salinas Valley Ford<br>795 Elvee Drive<br>Salinas, CA 93901 | X | - | 10/13/2014<br>Business Expense | | | | 3,830.53 |
| Account No. xx0042<br><br>Sambrailo Packaging<br>PO BOX 50090<br>Watsonville, CA 95077 | X | - | 10/30/2008<br>Business Expense | | | | 151,537.33 |
| Account No.<br><br>Sierra Cascade Nursery<br>472-715 Johnson Road<br>Susanville, CA 96130 | X | - | 11/22/2011<br>Business Expense | | | | 55,741.32 |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **348,869.16**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re **Corralitos Farms, LLC**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6114**<br><br>**Soil Control Lab**<br>**42 Hangar Way**<br>**Watsonville, CA 95076** | X | - | 6/20/2014<br>**Business Expense** | | | | 995.00 |
| Account No. **xxxxx4022**<br><br>**Sprint**<br>**PO BOX 8077**<br>**London, KY 40742** | X | - | 3/24/2015<br>**Business Expense**<br>**Utilities/Telephone** | | | | 4,053.71 |
| Account No. **xx0096**<br><br>**Sturdy Oil Company**<br>**PO BOX 90**<br>**Salinas, CA 93902-0090** | X | - | 11/12/2014<br>**Business Expense** | | | | 108,998.28 |
| Account No.<br><br>**Trical, Inc.**<br>**PO BOX 1327**<br>**Hollister, CA 95024-1327** | X | - | 9/30/2014<br>**Business Expense** | | | | 5,160.16 |
| Account No.<br><br>**U.S. Irrigation**<br>**3876 Old Allen Road**<br>**Bakersfield, CA 93314** | X | - | 4/30/2015<br>**Business Expense** | | | | 29,840.31 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        149,047.46

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re   **Corralitos Farms, LLC**                                                    ,      Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7229**<br><br>**Uline Shipping Supplies**<br>**PO BOX 88741**<br>**Chicago, IL 60680-1741** | X | - | **6/18/2014**<br>**Business Expense** | | | | **983.66** |
| Account No.<br><br>**Ullman Electric Co.**<br>**151 Rancho Road**<br>**Watsonville, CA 95076** | X | - | **9/4/2014**<br>**Business Expense** | | | | **2,150.00** |
| Account No.<br><br>**Veda Farming Solutions**<br>**1053 Abbott Street**<br>**Salinas, CA 93901** | X | - | **10/6/2014**<br>**Business Expense** | | | | **35.73** |
| Account No.<br><br>**Waste Management**<br>**PO BOX 541065**<br>**Los Angeles, CA 90054-1065** | X | - | **4/1/2015**<br>**Business Expense** | | | | **4,878.70** |
| Account No.<br><br>**Water U Want**<br>**2037 N, Main Street**<br>**Salinas, CA 93906** | X | - | **8/21/2014**<br>**Business Expense** | | | | **4,338.00** |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,386.09**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re  **Corralitos Farms, LLC**
_____,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wendal Rosen Black & Dean, LLP**<br>**PO BOX 2047**<br>**Oakland, CA 94607** | X | - | | **8/31/2014**<br>**Legal Fees** | | | | 2,090.00 |
| Account No. **xxxxxx3002**<br><br>**Zenith Insurance Company**<br>**File 50004**<br>**Los Angeles, CA 90074-0004** | X | - | | **9/30/2014**<br>**Business Expense** | | | | 156,922.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 159,012.00 |
| | Total<br>(Report on Summary of Schedules) | 3,841,486.59 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re   **Corralitos Farms, LLC**                                    ,      Case No. _____
                                                                        
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| AGCO Finance, LLC<br>PO BOX 2000<br>Johnston, IA 50131 | Farming Equipment Loan Challenger MT835C - Ownership |
| Ally<br>PO BOX 380902<br>Minneapolis, MN 55438 | Auto Loan 2006 Ford Low Cab  - Ownership<br>Auto Loan 2011 Dodge Ram  - Ownership |
| Anthem Blue Cross<br>PO Box 9051<br>Oxnard, CA 93031 | Heath Insurance Plan - Ownership |
| CAT Financial Commercial<br>PO BOX 905229<br>Charlotte, NC 28290-5229 | Farming Equipment Loan Wilcox 7 Shank Ripper - Ownership |
| Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | Auto Loan 2006 GMC Truck  - Ownership<br>Auto Loan 2006 GMC W4500  - Ownership |
| Ford Credit<br>PO BOX 552679<br>Detroit, MI 48255-2679 | Auto Loan 2011 Ford 550  - Ownership<br>Auto Loan 2011 Ford Flex  - Ownership<br>Auto Loan 2012 Ford 650 - Ownership |
| Harmon Systems International, LLC<br>2201 Coy Avenue<br>Bakersfield, CA 93307 | Farming Equipment Loan M40 Generator  - Ownership |
| Hitachi Capital America Corp.<br>21923 Network Pl<br>Chicago, IL 60673-1219 | Farming Equipment Loan 2012 Mitsubishi FE180 - Ownership |
| Julie Packard & Nancy Burnett<br>6551 Glen Haven Road<br>Soquel, CA 95073 | 70 Acres in Monterey [Elk Lease]<br>11/1/2010-10/31/2015 |
| Kubota Credit Corporation USA<br>PO BOX 894717<br>Los Angeles, CA 90189-4717 | Farming Equipment Loan Tractors - Ownership |
| Lakeside Organic Gardens, LLC<br>577 Judd Road<br>Watsonville, CA 95076 | 57 Acres 2480 Beach Road, Watsonville, CA [Malatesta Sublease]<br>12/1/2014-8/31/2015<br>APN: 052-171-21 |

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re **Corralitos Farms, LLC**                                    Case No. _____

                                         ,
                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Richard Jon Gurnee, Switzer Trust, Etheleen Callender Trust 724 Brewington Avenue Watsonville, CA 95076** | **139.1 Acres in Monterey [Williamson Ranch] 1/1/2010-12/31/2012 [Trafton Lease] APN's: 117-051-007, 117-051-008, 117-052-001, 117-052-009, portion of 117-041-018** |
| **Robert Stephens PO BOX 874 Soquel, CA 95073** | **79.7 Acres in Monterey [Elk Lease] 11/1/2010-10/31/2015** |
| **TCF Equipment Finance, Inc. 2695 N. Fowler Avenue, Suite 110 Fresno, CA 93727-8650** | **Farming Equipment Loan - Power Harrow Magnum Packer - Ownership** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re     **Corralitos Farms, LLC**                   ,      Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Andrew Koontz**<br>**8038 S. 174th Street**<br>**Higley, AZ 85236** | **Cal Coastal Rural Development**<br>**221 Main Street, Suite 301**<br>**Salinas, CA 93901** |
| **Andrew Koontz**<br>**8038 S. 174th Street**<br>**Higley, AZ 85236** | **Tom Lange Company, Inc.**<br>**Tom Lange Company International, Inc.**<br>**5231 South 6th St Road**<br>**Springfield, IL 62701** |
| **Robert Fritz Koontz**<br>**29 Prendergast Lane**<br>**Watsonville, CA 95076** | **Cal Coastal Rural Development**<br>**221 Main Street, Suite 301**<br>**Salinas, CA 93901** |
| **Robert Fritz Koontz**<br>**29 Prendergast Lane**<br>**Watsonville, CA 95076** | **Tom Lange Company, Inc.**<br>**Tom Lange Company International, Inc.**<br>**5231 South 6th St Road**<br>**Springfield, IL 62701** |
| **Rodney Koontz**<br>**111 South 34th Street**<br>**Phoenix, AZ 85034** | **Cal Coastal Rural Development**<br>**221 Main Street, Suite 301**<br>**Salinas, CA 93901** |
| **Rodney Koontz**<br>**111 South 34th Street**<br>**Phoenix, AZ 85034** | **Tom Lange Company, Inc.**<br>**Tom Lange Company International, Inc.**<br>**5231 South 6th St Road**<br>**Springfield, IL 62701** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **AGCO Finance, LLC**<br>**PO BOX 2000**<br>**Johnston, IA 50131** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Ally**<br>**PO BOX 380902**<br>**Minneapolis, MN 55438** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **American Portable Restrooms**<br>**151 Kearney Street**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Applied Industrial Technologies**<br>**PO BOX 100538**<br>**Pasadena, CA 91189** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **ARN Translations and Safety Support**<br>**PO BOX 1661**<br>**Freedom, CA 95019** |

**6**

____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

In re    **Corralitos Farms, LLC**                                           Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Azzie's Storage**<br>**34 Roache Road**<br>**Freedom, CA 95019** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Bank of America Payments**<br>**PO BOX 1509**<br>**Wilmington, DE 19886-5019** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Berkshire Hathaway Homestate Co.**<br>**PO BOX 846693**<br>**Los Angeles, CA 90084-6693** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Beth Crandall**<br>**PO BOX 1287**<br>**Watsonville, CA 95077** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Boyer, Inc.**<br>**PO BOX 82**<br>**Watsonville, CA 95077** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Cal Coast Irrigation, Inc.**<br>**1480 W. Stowell Road**<br>**Santa Maria, CA 93454** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Cal Coastal Rural Development**<br>**221 Main Street, Suite 301**<br>**Salinas, CA 93901** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Capital One**<br>**PO BOX 60599**<br>**City of Industry, CA 91716-0599** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Capital One**<br>**PO BOX 60599**<br>**City of Industry, CA 91716-0599** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **CAT Financial Commercial**<br>**PO BOX 905229**<br>**Charlotte, NC 28290-5229** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Catto's Graphics, Inc.**<br>**111 Dubois Street**<br>**Santa Cruz, CA 95060** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Central Coast Water Quality**<br>**PO BOX 1049**<br>**Watsonville, CA 95077** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Comerica Bank**<br>**Watsonville Square Shopping Center**<br>**1998 Main St**<br>**Watsonville, CA 95076** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **Corralitos Farms, LLC**, Debtor                                    Case No. ____________

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Comercia Bank<br>PO BOX 790408<br>Saint Louis, MO 63179-0408** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Crown Nursery, LLC<br>PO BOX 340<br>Red Bluff, CA 96080-0340** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Cypress Ag Consulting<br>PO BOX 3597<br>Freedom, CA 95019** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Daimler Truck Financial<br>PO BOX 5260<br>Carol Stream, IL 60197-5260** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Davis Auto Parts A Corp.<br>245 Rodriguez Street<br>Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Douglas Brouwer<br>363 Berkley Way<br>Santa Cruz, CA 95062** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **FMG Farm Contractor, Inc.<br>PO BOX 1582<br>Gonzales, CA 93926** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Ford Credit<br>PO BOX 552679<br>Detroit, MI 48255-2679** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Ford Credit<br>PO BOX 552679<br>Detroit, MI 48255-2679** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Ford Credit<br>PO BOX 552679<br>Detroit, MI 48255-2679** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952** |
| **Santa Cruz Berry Farming Company, LLC<br>116 Martinelli Street<br>Watsonville, CA 95077** | **G&H Farms, LLC<br>PO BOX 599<br>Salinas, CA 93902** |

Sheet **2** of **6** continuation sheets attached to the Schedule of Codebtors


Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Corralitos Farms, LLC** , Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Green Rubber - Kennedy Ag**<br>**PO BOX 7488**<br>**Spreckels, CA 93962** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Green Waste Recovery, Inc.**<br>**PO BOX 11089**<br>**San Jose, CA 95103-1089** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Grindstone Collections Strategies, Inc.**<br>**5500 NE 109th Court, Suite M**<br>**Vancouver, WA 98662** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Harmon Systems International, LLC**<br>**2201 Coy Avenue**<br>**Bakersfield, CA 93307** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Hitachi Capital America Corp.**<br>**21923 Network Pl**<br>**Chicago, IL 60673-1219** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Industrias de Culiacan SA de CV**<br>**Federalismo S/N Las Flores Infonavit**<br>**Culiacan**<br>**Sinaloa, Mexico CP   80159** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Internal Revenue Service**<br>**Department of the Treasury**<br>**Ogden, UT 84201-0005** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Kanaka Peak Service**<br>**PO BOX 1287**<br>**Watsonville, CA 95077** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Kubota Credit Corporation USA**<br>**PO BOX 894717**<br>**Los Angeles, CA 90189-4717** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Lakeside Organic Gardens, LLC**<br>**577 Judd Road**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Tom Lange Company, Inc.**<br>**Tom Lange Company International, Inc.**<br>**5231 South 6th St Road**<br>**Springfield, IL 62701** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Lassen Canyon Nursery, Inc.**<br>**PO BOX 992400**<br>**Redding, CA 96099-2400** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Maggiora Brothers Drilling, Inc.**<br>**595 Airport Blvd.**<br>**Watsonville, CA 95076** |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Corralitos Farms, LLC**                                                          ,        Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Martin Montelongo**<br>**833 Holly Avenue**<br>**Clovis, CA 93611** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Noland, Hamerly, Etienne & Hoss**<br>**PO BOX 1012**<br>**Salinas, CA 93902** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Norcal Nursery**<br>**PO BOX 1012**<br>**Red Bluff, CA 96080** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Organic Horticultural Amendments**<br>**PO BOX 2884**<br>**Watsonville, CA 95077** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Ottone Leach & Ray, LLP**<br>**17 East Gabilan Street**<br>**Salinas, CA 93901** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Pacific Ag Rental**<br>**820 Park Row #686**<br>**Salinas, CA 93901** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Pajaro Valley Fabrication**<br>**445 W. Beach Street**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Pajaro Valley Laser Leveling, Inc.**<br>**577 Judd Road**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Pajaro Valley Printing**<br>**1827 Freedom Blvd.**<br>**Freedom, CA 95019** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Praxair Distribution, Inc.**<br>**Dept, LA 21511**<br>**Pasadena, CA 91185-1511** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **PV Water Management Agency**<br>**36 Brennan Street**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Quiedan Company, Inc.**<br>**15400 Meridian Road**<br>**Salinas, CA 93907** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **RDO Equipment Co.**<br>**10108 Riverford Road**<br>**Lakeside, CA 92040** |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

In re      **Corralitos Farms, LLC**                                    ,      Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Renteria's Tire Service**<br>**300 Salinas Road**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Rocha JR Berry Farms, LLC**<br>**PO BOX 1360**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Salinas Valley Ford**<br>**795 Elvee Drive**<br>**Salinas, CA 93901** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Sambrailo Packaging**<br>**PO BOX 50090**<br>**Watsonville, CA 95077** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Sierra Cascade Nursery**<br>**472-715 Johnson Road**<br>**Susanville, CA 96130** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Soil Control Lab**<br>**42 Hangar Way**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Sprint**<br>**PO BOX 8077**<br>**London, KY 40742** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **State Board of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA 94279** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Sturdy Oil Company**<br>**PO BOX 90**<br>**Salinas, CA 93902-0090** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **TCF Equipment Finance, Inc.**<br>**2695 N. Fowler Avenue, Suite 110**<br>**Fresno, CA 93727-8650** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Trical, Inc.**<br>**PO BOX 1327**<br>**Hollister, CA 95024-1327** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **U.S. Irrigation**<br>**3876 Old Allen Road**<br>**Bakersfield, CA 93314** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Uline Shipping Supplies**<br>**PO BOX 88741**<br>**Chicago, IL 60680-1741** |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    **Corralitos Farms, LLC**                           ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Ullman Electric Co.**<br>**151 Rancho Road**<br>**Watsonville, CA 95076** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Veda Farming Solutions**<br>**1053 Abbott Street**<br>**Salinas, CA 93901** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Waste Management**<br>**PO BOX 541065**<br>**Los Angeles, CA 90054-1065** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Water U Want**<br>**2037 N, Main Street**<br>**Salinas, CA 93906** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Wendal Rosen Black & Dean, LLP**<br>**PO BOX 2047**<br>**Oakland, CA 94607** |
| **Santa Cruz Berry Farming Company, LLC**<br>**116 Martinelli Street**<br>**Watsonville, CA 95077** | **Zenith Insurance Company**<br>**File 50004**<br>**Los Angeles, CA 90074-0004** |

Sheet   __6__   of   __6__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re  **Corralitos Farms, LLC**
_____  Case No.  _____
Debtor(s)  Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 25, 2015**_____  Signature  **/s/ Robert Fritz Koontz**_____
**Robert Fritz Koontz**
**Manager**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Corralitos Farms, LLC**               Case No.                   

                                  Debtor(s)               Chapter       **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2013 Tax Return for Company |
| $0.00 | 2012 Tax Return for Company |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Zenith Insurance Company, a California corporation v. Corralitos Farms, LLC; Santa Cruz Berry Farming Company, LLC Case No CV 181344** | **Breach of Contract, Open book account, Account Stated, Quantum Meruit** | **Superior Court of California County of Santa Cruz** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hitachi Capital America Corp.<br>21923 Network Pl<br>Chicago, IL 60673-1219 | 4/1/2015 | 2012 Mitsubishi FE180 |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **CoAmerica Bank**<br>**Watsonville Square Shopping Center**<br>**1998 Main St**<br>**Watsonville, CA 95076** | **Checking Acct# 8159 (121,910.48)**<br>**Overdraft** | **4/1/2015** |

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF           DATE OF               ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE                LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF           DATE OF               ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE                LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                        STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------------------------------------------------------------------------------|---------|-------------------|----------------------------|
| **K&M Enterprises, LLC** | | **PO BOX 1464 Watsonville, CA 95077** | **Cooling for crops [5%]** | **2002 to Present** |
| **Kanaka Peak Service** | | **PO BOX 1287 Watsonville, CA 95077** | **Crop Research [25%]** | **2001 to Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED
**Cristy Deich, CPA**                                           **2012, 2013**
**32 Seascape Vlg**
**Aptos, CA 95003**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

| NAME | ADDRESS |
|---|---|
| **Robert Fritz Koontz** | **29 Prendergast Lane**<br>**Watsonville, CA 95076** |
| **Bradley Smith** | **116 Martinelli Street**<br>**Watsonville, CA 95077** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Robert Fritz Koontz**<br>**29 Prendergast Lane**<br>**Watsonville, CA 95076** | **Member/Manager** | **33.3%** |
| **Rodney Koontz**<br>**111 South 34th Street**<br>**Phoenix, AZ 85034** | **Member** | **33.3%** |
| **Andrew Koontz**<br>**8038 S. 174th Street**<br>**Higley, AZ 85236** | **Member** | **33.3%** |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 25, 2015**                              Signature  **/s/ Robert Fritz Koontz**

                                                                                           **Robert Fritz Koontz**
                                                                                           **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re __Corralitos Farms, LLC__       Case No. _____

                 Debtor(s)       Chapter    __11__

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)     For legal services rendered or to be rendered in contemplation of and in connection with this case        $      25,000.00
   - b)     Prior to the filing of this statement, debtor(s) have paid        $      0.00
   - c)     The unpaid balance due and payable is        $      25,000.00

3.      $__1,717.00__ of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   - a.     Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   - b.     Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   - c.     Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: __May 25, 2015__

Respectfully submitted,

__/s/ Thomas A. Vogele, Esq.__

Attorney for Debtor: **Thomas A. Vogele, Esq.**
**Thomas Vogele & Associates, APC**
**3199 Airport Loop Drive, Suite A3**
**Costa Mesa, CA 92626**
**714-641-1232  Fax: 888-391-4105**
**tvogele@tvalaw.com; abrown@tvalaw.com**

# United States Bankruptcy Court
## Northern District of California

In re    **Corralitos Farms, LLC**                          ,     Case No. _____

                                             Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Andrew Koontz**<br>**8038 S. 174th Street**<br>**Higley, AZ 85236** | | | **Membership**<br>**Interest** |
| **Robert Fritz Koontz**<br>**29 Prendergast Lane**<br>**Watsonville, CA 95076** | | | **Membership**<br>**Interest** |
| **Rodney Koontz**<br>**111 South 34th Street**<br>**Phoenix, AZ 85034** | | | **Membership**<br>**Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **May 25, 2015** _____        Signature _**/s/ Robert Fritz Koontz**_____

                                                          **Robert Fritz Koontz**<br>                                                          **Manager**

    *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Corralitos Farms, LLC**            Case No. _____

                   Debtor(s)        Chapter   **11**

## <u>CREDITOR MATRIX COVER SHEET</u>

       I declare that the attached Creditor Mailing Matrix, consisting of __**12**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **May 25, 2015**                 **/s/ Thomas A. Vogele, Esq.**

                                          Signature of Attorney
                                          **Thomas A. Vogele, Esq.**
                                          **Thomas Vogele & Associates, APC**
                                          **3199 Airport Loop Drive, Suite A3**
                                          **Costa Mesa, CA 92626**
                                          **714-641-1232   Fax: 888-391-4105**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

AGCO Finance, LLC
PO BOX 2000
Johnston, IA 50131


Ally
PO BOX 380902
Minneapolis, MN 55438


American Portable Restrooms
151 Kearney Street
Watsonville, CA 95076


Andrew Koontz
8038 S. 174th Street
Higley, AZ 85236


Anthem Blue Cross
PO Box 9051
Oxnard, CA 93031


Applied Industrial Technologies
PO BOX 100538
Pasadena, CA 91189


Armando Ramirez
287 Carsserly Rod
Watsonville, CA 95076


ARN Translations and Safety Support
PO BOX 1661
Freedom, CA 95019

Azzie's Storage
34 Roache Road
Freedom, CA 95019


Bank of America Payments
PO BOX 1509
Wilmington, DE 19886-5019


Berkshire Hathaway Homestate Co.
PO BOX 846693
Los Angeles, CA 90084-6693


Beth Crandall
PO BOX 1287
Watsonville, CA 95077


Boyer, Inc.
PO BOX 82
Watsonville, CA 95077


Cal Coast Irrigation, Inc.
1480 W. Stowell Road
Santa Maria, CA 93454


Cal Coastal Rural Development
221 Main Street, Suite 301
Salinas, CA 93901


Capital One
PO BOX 60599
City of Industry, CA 91716-0599

CAT Financial Commercial
PO BOX 905229
Charlotte, NC 28290-5229


Catto's Graphics, Inc.
111 Dubois Street
Santa Cruz, CA 95060


Central Coast Water Quality
PO BOX 1049
Watsonville, CA 95077


Collection Bureau of America
25954 Eden Landing Road
Hayward, CA 94545-5192


Comercia Bank
PO BOX 790408
Saint Louis, MO 63179-0408


Comerica Bank
Watsonville Square Shopping Center
1998 Main St
Watsonville, CA 95076


Continental Western
PO BOX 2418
San Leandro, CA 94577


Crown Nursery, LLC
PO BOX 340
Red Bluff, CA 96080-0340

Cypress Ag Consulting
PO BOX 3597
Freedom, CA 95019


Daimler Truck Financial
PO BOX 5260
Carol Stream, IL 60197-5260


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Davis Auto Parts A Corp.
245 Rodriguez Street
Watsonville, CA 95076


Douglas Brouwer
363 Berkley Way
Santa Cruz, CA 95062


Duran Sales
135 Allison Street
Royal Oaks, CA 95076


EDD
Bay Area Collection Office
7677 Oakport Street, Suite 400
Oakland, CA 94621-1933


Effie F. Anastassiou, Esq.
Anastassiou & Associates
PO BOX 2210
Salinas, CA 93902

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


FMG Farm Contractor, Inc.
PO BOX 1582
Gonzales, CA 93926


Ford Credit
PO BOX 552679
Detroit, MI 48255-2679


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


G&H Farms, LLC
PO BOX 599
Salinas, CA 93902


Green Rubber - Kennedy Ag
PO BOX 7488
Spreckels, CA 93962


Green Waste Recovery, Inc.
PO BOX 11089
San Jose, CA 95103-1089


Grindstone Collections Strategies, Inc.
5500 NE 109th Court, Suite M
Vancouver, WA 98662

Harmon Systems International, LLC
2201 Coy Avenue
Bakersfield, CA 93307


Hitachi Capital America Corp.
21923 Network Pl
Chicago, IL 60673-1219


Industrias de Culiacan SA de CV
Federalismo S/N Las Flores Infonavit
Culiacan
Sinaloa, Mexico CP 80159


Internal Revenue Service
Department of the Treasury
Ogden, UT 84201-0005


Julie Packard & Nancy Burnett
6551 Glen Haven Road
Soquel, CA 95073


K&M Enterprises, LLC
PO BOX 1464
Watsonville, CA 95077


Kanaka Peak Service
PO BOX 1287
Watsonville, CA 95077


Kubota Credit Corporation USA
PO BOX 894717
Los Angeles, CA 90189-4717

Lakeside Organic Gardens, LLC
577 Judd Road
Watsonville, CA 95076


Lassen Canyon Nursery, Inc.
PO BOX 992400
Redding, CA 96099-2400


Maggiora Brothers Drilling, Inc.
595 Airport Blvd.
Watsonville, CA 95076


Martin Montelongo
833 Holly Avenue
Clovis, CA 93611


Noland, Hamerly, Etienne & Hoss
PO BOX 1012
Salinas, CA 93902


Norcal Nursery
PO BOX 1012
Red Bluff, CA 96080


Organic Horticultural Amendments
PO BOX 2884
Watsonville, CA 95077


Ottone Leach & Ray, LLP
17 East Gabilan Street
Salinas, CA 93901

Pacific Ag Rental
820 Park Row #686
Salinas, CA 93901


Pajaro Valley Fabrication
445 W. Beach Street
Watsonville, CA 95076


Pajaro Valley Laser Leveling, Inc.
577 Judd Road
Watsonville, CA 95076


Pajaro Valley Printing
1827 Freedom Blvd.
Freedom, CA 95019


Praxair Distribution, Inc.
Dept, LA 21511
Pasadena, CA 91185-1511


PV Water Management Agency
36 Brennan Street
Watsonville, CA 95076


Quiedan Company, Inc.
15400 Meridian Road
Salinas, CA 93907


RDO Equipment Co.
10108 Riverford Road
Lakeside, CA 92040

Renteria's Tire Service
300 Salinas Road
Watsonville, CA 95076


Richard Jon Gurnee, Switzer Trust,
Etheleen Callender Trust
724 Brewington Avenue
Watsonville, CA 95076


Robert Fritz Koontz
29 Prendergast Lane
Watsonville, CA 95076


Robert Stephens
PO BOX 874
Soquel, CA 95073


Rocha JR Berry Farms, LLC
PO BOX 1360
Watsonville, CA 95076


Rodney Koontz
111 South 34th Street
Phoenix, AZ 85034


Salinas Valley Ford
795 Elvee Drive
Salinas, CA 93901


Sambrailo Packaging
PO BOX 50090
Watsonville, CA 95077

Santa Cruz Berry Farming Company, LLC
116 Martinelli Street
Watsonville, CA 95077


Sierra Cascade Nursery
472-715 Johnson Road
Susanville, CA 96130


Soil Control Lab
42 Hangar Way
Watsonville, CA 95076


Sprint
PO BOX 8077
London, KY 40742


State Board of Equalization
PO Box 942879
Sacramento, CA 94279


Sturdy Oil Company
PO BOX 90
Salinas, CA 93902-0090


TCF Equipment Finance, Inc.
2695 N. Fowler Avenue, Suite 110
Fresno, CA 93727-8650


Tom Lange Company, Inc.
Tom Lange Company International, Inc.
5231 South 6th St Road
Springfield, IL 62701

Trical, Inc.
PO BOX 1327
Hollister, CA 95024-1327


U.S. Irrigation
3876 Old Allen Road
Bakersfield, CA 93314


Uline Shipping Supplies
PO BOX 88741
Chicago, IL 60680-1741


Ullman Electric Co.
151 Rancho Road
Watsonville, CA 95076


Veda Farming Solutions
1053 Abbott Street
Salinas, CA 93901


Waste Management
PO BOX 541065
Los Angeles, CA 90054-1065


Water U Want
2037 N, Main Street
Salinas, CA 93906


Wendal Rosen Black & Dean, LLP
PO BOX 2047
Oakland, CA 94607

William S. Brody
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457


Zenith Insurance Company
File 50004
Los Angeles, CA 90074-0004

# United States Bankruptcy Court
## Northern District of California

In re   **Corralitos Farms, LLC**

            Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Corralitos Farms, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 25, 2015**

Date

**/s/ Thomas A. Vogele, Esq.**

**Thomas A. Vogele, Esq.**

Signature of Attorney or Litigant

Counsel for   **Corralitos Farms, LLC**

**Thomas Vogele & Associates, APC**

**3199 Airport Loop Drive, Suite A3**
**Costa Mesa, CA 92626**
**714-641-1232 Fax:888-391-4105**
**tvogele@tvalaw.com; abrown@tvalaw.com**