1  Thomas A. Vogele, Esq. (SBN 254557)
   Marisa D. Poulos, Esq. (SBN 197904)
2  THOMAS VOGELE & ASSOCIATES, APC
   3199 Airport Loop Road, Suite A-3
3  Costa Mesa, California 92626
   Telephone:  (714) 641-1232
4  Facsimile:  (888) 391-4105
   Email:      tvogele@tvalaw.com
5
   Attorneys for debtor-in-possession Santa Cruz
6  Berry Farming Company, LLC a California limited
   liability company and Corralitos Farms, LLC
7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11

| | |
|---|---|
| In re | ) CASE NO.: 15-51771 |
| | ) |
| SANTA CRUZ BERRY FARMING | ) Jointly Administered Case No. 15-51772 (In re |
| COMPANY, LLC, a California limited | ) Corralitos Farms, LLC) |
| liability company | ) |
| | ) Chapter 11 |
| Debtor-In-Possession. | ) |
| | ) Assigned for all purposes to Hon. M. Elaine |
| | ) Hammond |
| | ) |
| Affects: | ) **NOTICE OF HEARING ON FINAL AND** |
| | ) **SECOND INTERIM APPLICATION FOR** |
| X   All Debtors | ) **FEES AND REIMBURSEMENT OF** |
| | ) **EXPENSES BY THOMAS A. VOGELE &** |
| __  Santa Cruz Berry Farming | ) **ASSOCIATES, APC, COUNSEL FOR** |
| Company, LLC | ) **DEBTORS IN POSSESSION SANTA CRUZ** |
| | ) **BERRY FARMING COMPANY, LLC AND** |
| | ) **CORRALITOS FARMS, LLC** |
| | ) |

Hearing Date:  October 20, 2016
Hearing Time:  10:30 A.M.
Location:      United States Courthouse
               Room 3020
               280 South First Street
               San Jose, CA 95113-3099

- 1 -
**NOTICE OF HEARING ON FINAL AND SECOND INTERIM APPLICATION FOR FEES AND
REIMBURSEMENT OF EXPENSES BY THOMAS VOGELE & ASSOCIATES, APC**

**PLEASE TAKE NOTICE that** on the above date and time, in Courtroom 3020 of the above-entitled Court located at 280 South First Street, San Jose, CA , before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, counsel to the debtors-in-possession, Thomas A. Vogele, Esq. of Thomas A. Vogele & Associates, APC will seek an order ordering payment for professional services in the following amounts:

| TIME PERIOD | FEES | EXPENSES |
|---|---|---|
| **Corralitos Farms, LLC** <br> March 21, 2016 to September 19, 2016 | $46,917.81 | $922.90 |
| **Santa Cruz Berry Farms, LLC** <br> March 21, 2016 to September 19, 2016 | $36,809.55 | $1,973.37 |

The Application for the Final and Second Interim Fee Compensation are on file with the Clerk of the above-entitled Court and may be reviewed Monday through Friday from 9:00 a.m. to 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, shall be in writing and filed with the Clerk of the United States Bankruptcy Court for the Northern District of California, San Jose Division no later than fourteen(14) days prior to the above hearing date and a copy served on the Office of the United States Trustee, 280South First Street, Rm. 268, San Jose, CA 95113; and the objection is directed as follows: Thomas A. Vogele, Esq. Thomas Vogele & Associates, 3199 Airport Loop, Suite A-3, Costa Mesa, CA92626. **SEE LOCALBANKRUPTCY RULE 9029-1**.

- 2 -

**NOTICE OF HEARING ON FINAL AND SECOND INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES BY THOMAS VOGELE & ASSOCIATES, APC**

Case: 15-51772    Doc# 298    Filed: 09/22/16    Entered: 09/22/16 14:55:32    Page 2 of 14

| | |
|---|---|
| DATED: September 22, 2016 | THOMAS VOGELE & ASSOCIATES, APC |
| | By: /s/ Thomas Vogele<br>Thomas A. Vogele<br>Marisa D. Poulos<br>Attorneys for debtor Santa Cruz Berry Farming Company, LLC |

- 3 -
**NOTICE OF HEARING ON FINAL AND SECOND INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES BY THOMAS VOGELE & ASSOCIATES, APC**

Case: 15-51772    Doc# 298    Filed: 09/22/16    Entered: 09/22/16 14:55:32    Page 3 of 14

| In re: CORRALITOS FARMING, LLC  Debtor(s). | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 15-51772 |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3199 Airport Loop Drive, Suite A3, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON FINAL AND SECOND INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES BY THOMAS A. VOGELE & ASSOCIATES, APC, COUNSEL FOR DEBTORS IN POSSESSION SANTA CRUZ BERRY FARMING COMPANY, LLC AND CORRALITOS FARMS, LL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/22/2016** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- United States Trustee (SJ) USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
- Thomas A Vogele on behalf of Debtor tvogele@tvalaw.com
- Effie F. Anastassiou on behalf of Creditor K&M Enterprises, LLC effieesq@salinasaglaw.com; paralegal@salinasaglaw.com
- Joseph M. Welch on behalf of creditor Tom Lange jwelch@buchalter.com; dcyrankowski@buchalter.com
- William Brody on behalf of creditor Tom Lange wbrody@buchalter.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **9/22/2016** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **9/22/2016**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/22/16 | /s/ Lynn Marino |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                             F 9013-3.1.PROOF.SERVICE

| In re: CORRALITOS FARMING, LLC    Debtor(s). | CHAPTER: 11 |
| --- | --- |
| | CASE NUMBER: 15-51772 |

E: hbniles@hbniles.com

**VIA OVERNITE EXPRESS**
Judge Arthur S. Weissbrodt
United States Bankruptcy Court
Northern District of California
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

Attorney for Doug Brouwer
AGCO Finance, LLC
PO BOX 2000
Johnston, IA 50131

Ally
PO BOX 380902
Minneapolis, MN 55438

**VIA US MAIL**
UNITED STATES TRUSTEE (SJ)
80 S 1st St #268
San Jose, CA 95113

American Portable Restrooms
151 Kearney Street
Watsonville, CA 95076

WILLIAM S. BRODY
BUCHALTER NEMER A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
T: (213) 891-0700  F: (213) 896-0400
Email: wbrody@buchalter.com

Andrew Koontz
8038 S. 174th Street
Higley, AZ 85236

Anthem Blue Cross
PO Box 9051
Oxnard, CA 93031

JOSEPH M. WELCH
BUCHALTER NEMER A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
T: (949) 760-1121  F: (949) 720-0182
Email: jwelch@buchalter.com

Applied Industrial Technologies
PO BOX 100538
Pasadena, CA 91189

Armando Ramirez
287 Carsserly Rod
Watsonville, CA 95076
E: aramirez@santacruzberry.com

Attorneys for Secured Creditors
Tom Lange Company, Inc. and
Tom Lange Company International, Inc.

Effie F. Anastassiou, Esq.
Anastassiou & Associates
PO BOX 2210
Salinas, CA 93902

ARN Translations and Safety Support
PO BOX 1661
Freedom, CA 95019

Attorneys for K&M Enterprises, LLC

Azzie's Storage
34 Roache Road
Freedom, CA 95019

Henry B. Niles III, Esq.
340 Soquel Avenue, Suite 105
Santa Cruz, CA 95062
T: (831) 457-4545
F: (831) 457-4555

Bank of America Payments
PO BOX 1509
Wilmington, DE 19886-5019

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                F 9013-3.1.PROOF.SERVICE

| In re: CORRALITOS FARMING, LLC       Debtor(s). | CHAPTER: 11 |
| --- | --- |
| | CASE NUMBER: 15-51772 |

Berkshire Hathaway Homestate Co.
PO BOX 846693
Los Angeles, CA 90084-6693

Boyer, Inc.
PO BOX 82
Watsonville, CA 95077

Cal Coast Irrigation, Inc.
1480 W. Stowell Road
Santa Maria, CA 93454

Cal Coastal Rural Development
221 Main Street, Suite 301
Salinas, CA 93901

Capital One
PO BOX 60599
City of Industry, CA 91716-0599

CAT Financial Commercial
PO BOX 905229
Charlotte, NC 28290-5229

Catto's Graphics, Inc.
111 Dubois Street
Santa Cruz, CA 95060

Central Coast Water Quality
PO BOX 1049
Watsonville, CA 95077

Collection Bureau of America
25954 Eden Landing Road
Hayward, CA 94545-5192

Comerica Bank
Watsonville Square Shopping Center
1998 Main St
Watsonville, CA 95076

Continental Western
PO BOX 2418
San Leandro, CA 94577

Crown Nursery, LLC
PO BOX 340
Red Bluff, CA 96080-0340

Cypress Ag Consulting
PO BOX 3597
Freedom, CA 95019

Daimler Truck Financial
PO BOX 5260
Carol Stream, IL 60197-5260

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

Davis Auto Parts A Corp.
245 Rodriguez Street
Watsonville, CA 95076

Duran Sales
135 Allison Street
Royal Oaks, CA 95076

EDD
Bay Area Collection Office
7677 Oakport Street, Suite 400
Oakland, CA 94621-1933

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

FMG Farm Contractor, Inc.
PO BOX 1582
Gonzales, CA 93926

Ford Credit
PO BOX 552679

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                      F 9013-3.1.PROOF.SERVICE

Case: 15-51772   Doc# 298   Filed: 09/22/16   Entered: 09/22/16 14:55:32   Page 6 of 14

| In re: CORRALITOS FARMING, LLC                Debtor(s). | CHAPTER: 11 |
| --- | --- |
| | CASE NUMBER: 15-51772 |

Detroit, MI 48255-2679

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

G&H Farms, LLC
PO BOX 599
Salinas, CA 93902

Green Rubber - Kennedy Ag
PO BOX 7488
Spreckels, CA 93962

Green Waste Recovery, Inc.
PO BOX 11089
San Jose, CA 95103-1089

Grindstone Collections Strategies, Inc.
5500 NE 109th Court, Suite M
Vancouver, WA 98662

Harmon Systems International, LLC
2201 Coy Avenue
Bakersfield, CA 93307

Hitachi Capital America Corp.
21923 Network Pl
Chicago, IL 60673-1219

Industrias de Culiacan SA de CV
Federalismo S/N Las Flores Infonavit
Culiacan
Sinaloa, Mexico CP 80159

Internal Revenue Service
Department of the Treasury
Ogden, UT 84201-0005

Julie Packard & Nancy Burnett
6551 Glen Haven Road
Soquel, CA 95073

K&M Enterprises, LLC

PO BOX 1464
Watsonville, CA 95077

Kanaka Peak Service
Attn: Beth Crandall
PO BOX 1287
Watsonville, CA 95077

Kubota Credit Corporation USA
PO BOX 894717
Los Angeles, CA 90189-4717

Lakeside Organic Gardens, LLC
577 Judd Road
Watsonville, CA 95076

Lassen Canyon Nursery, Inc.
PO BOX 992400
Redding, CA 96099-2400

Maggiora Brothers Drilling, Inc.
595 Airport Blvd.
Watsonville, CA 95076

Martin Montelongo
833 Holly Avenue
Clovis, CA 93611

Noland, Hamerly, Etienne & Hoss
PO BOX 1012
Salinas, CA 93902

Norcal Nursery
PO BOX 1012
Red Bluff, CA 96080

Organic Horticultural Amendments
PO BOX 2884
Watsonville, CA 95077

Ottone Leach & Ray, LLP
17 East Gabilan Street
Salinas, CA 93901

Pacific Ag Rental

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                F 9013-3.1.PROOF.SERVICE

Case: 15-51772    Doc# 298    Filed: 09/22/16    Entered: 09/22/16 14:55:32    Page 7 of 14

| In re: CORRALITOS FARMING, LLC          Debtor(s). | CHAPTER: 11 |
| --- | --- |
|  | CASE NUMBER: 15-51772 |

820 Park Row #686
Salinas, CA 93901


Pajaro Valley Fabrication
445 W. Beach Street
Watsonville, CA 95076

Pajaro Valley Laser Leveling, Inc.
577 Judd Road
Watsonville, CA 95076

Pajaro Valley Printing
1827 Freedom Blvd.
Freedom, CA 95019


Praxair Distribution, Inc.
5312 N. Irwindale Avenue - Suite #1A
Irwindale, CA 91706

PV Water Management Agency
36 Brennan Street
Watsonville, CA 95076

Quiedan Company, Inc.
15400 Meridian Road
Salinas, CA 93907


RDO Equipment Co.
10108 Riverford Road
Lakeside, CA 92040

Renteria's Tire Service
300 Salinas Road
Watsonville, CA 95076

Richard Jon Gurnee, Switzer Trust,
Etheleen Callender Trust
724 Brewington Avenue
Watsonville, CA 95076

Robert Fritz Koontz
29 Prendergast Lane
Watsonville, CA 95076

Robert Stephens
PO BOX 874
Soquel, CA 95073

Rocha JR Berry Farms, LLC
PO BOX 1360
Watsonville, CA 95076

Rodney Koontz
111 South 34th Street
Phoenix, AZ 85034

Salinas Valley Ford
795 Elvee Drive
Salinas, CA 93901

Sambrailo Packaging
PO BOX 50090
Watsonville, CA 95077

Santa Cruz Berry Farming Company, LLC
116 Martinelli Street
Watsonville, CA 95077

Sierra Cascade Nursery
472-715 Johnson Road
Susanville, CA 96130

Soil Control Lab
42 Hangar Way
Watsonville, CA 95076

Sprint
PO BOX 8077
London, KY 40742

State Board of Equalization
PO Box 942879
Sacramento, CA 94279

Sturdy Oil Company
c/o Berlette Sephens
PO BOX 90
Salinas, CA 93902-0090

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                               F 9013-3.1.PROOF.SERVICE

Case: 15-51772    Doc# 298    Filed: 09/22/16    Entered: 09/22/16 14:55:32    Page 8 of 14

TCF Equipment Finance, Inc.
2695 N. Fowler Avenue, Suite 110
Fresno, CA 93727-8650

Tom Lange Company, Inc.
Tom Lange Company International, Inc.
5231 South 6th St Road
Springfield, IL 62701

Trical, Inc.
PO BOX 1327
Hollister, CA 95024-1327

U.S. Irrigation
3876 Old Allen Road
Bakersfield, CA 93314

Uline Shipping Supplies
PO BOX 88741
Chicago, IL 60680-1741

Ullman Electric Co.
151 Rancho Road
Watsonville, CA 95076

Veda Farming Solutions
1053 Abbott Street
Salinas, CA 93901

Waste Management
PO BOX 541065
Los Angeles, CA 90054-1065

Water U Want
2037 N, Main Street
Salinas, CA 93906

Wendal Rosen Black & Dean, LLP
PO BOX 2047
Oakland, CA 94607

Zenith Insurance Company
File 50004
Los Angeles, CA 90074-0004

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                        F 9013-3.1.PROOF.SERVICE

Case: 15-51772    Doc# 298    Filed: 09/22/16    Entered: 09/22/16 14:55:32    Page 9 of 14

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 15-51771 |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3199 Airport Loop Drive, Suite A3, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON FINAL AND SECOND INTERIM APPLICATION FOR FEES AND REIMBURSEMENT OF EXPENSES BY THOMAS A. VOGELE & ASSOCIATES, APC, COUNSEL FOR DEBTORS IN POSSESSION SANTA CRUZ BERRY FARMING COMPANY, LLC AND CORRALITOS FARMS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *9/22/2016* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- United States Trustee (SJ) USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
- Thomas A Vogele on behalf of Debtor tvogele@tvalaw.com
- Effie F. Anastassiou on behalf of Creditor K&M Enterprises, LLC effieesq@salinasaglaw.com; paralegal@salinasaglaw.com
- Joseph M. Welch on behalf of creditor Tom Lange jwelch@buchalter.com; dcyrankowski@buchalter.com
- William Brody on behalf of creditor Tom Lange wbrody@buchalter.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *9/22/2016* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *9/22/2016,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/22/16 | /s/ Lynn Marino |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
| Debtor(s). | |
| | CASE NUMBER: 15-51771 |

Dallas, TX 75266-0579

Alvarez Technology Group, Inc.
209 Pajaro Street, Suite A
Watsonville, CA 95076-2460

**VIA OVERNITE EXPRESS**
Judge M. Elaine Hammond
United States Bankruptcy Court
Northern District of California
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

Andrew Koontz
8038 S. 174th Street
Higley, AZ 85236

Applied Industrial Technologies
PO BOX 100538
Pasadena, CA 91189

**VIA US MAIL**
UNITED STATES TRUSTEE (SJ)
80 S 1st St #268
San Jose, CA 95113

Armando Ramirez
287 Carsserly Road
Watsonville, CA 95076

AT&T
PO BOX 5014
Carol Stream, IL 60197

WILLIAM S. BRODY (SBN: 136136) BUCHALTER
NEMER A Professional Corporation
1000 Wilshire Boulevard, Suite 1500 Los Angeles, CA
90017 Telephone: (213) 891-0700 Fax: (213) 896-0400
Email: wbrody@buchalter.com

Blue Book Services
845 E. Geneva Road
Carol Stream, IL 60188-3520

JOSEPH M. WELCH (SBN: 259308)
BUCHALTER NEMER A Professional Corporation
18400 Von Karman Avenue, Suite 800 Irvine, CA 92612-
0514 Telephone: (949) 760-1121 Fax: (949) 720-0182
Email: jwelch@buchalter.com

C&N Tractors
496 Salinas Road
Watsonville, CA 95076

Attorneys for Secured Creditors
Tom Lange Company, Inc. and
Tom Lange Company International, Inc.

Cal Coastal Rural Development
221 Main Street, Suite 301
Salinas, CA 93901

A&B Fire Prot. and Safety, Inc.
PO BOX 1211
Salinas, CA 93902

California Strawberry Commission
PO BOX 269
Watsonville, CA 95077

Agricultural Data System
24331 Los Arboloes
Laguna Niguel, CA 92677

California Tire Mobile Service
597 El Camino Real
Salinas, CA 93907

Alhambra
PO BOX 660579

Canadian Produce Marketing Association
162 Promenade Cleopatra Drive

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                          F 9013-3.1.PROOF.SERVICE

Case: 15-51772   Doc# 298   Filed: 09/22/16   Entered: 09/22/16 14:55:32   Page 11 of 14

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 15-51771 |

Ottawa, ON Canada K2G 5X2

Cardmember Services
PO BOX 790408
Saint Louis, MO 63179-0408

CCOF Certification Services, LLC
2155 Delaware Avenue, Suite 150
Santa Cruz, CA 95060

Cedar Point Nursery
PO BOX 1447
Klamath Falls, OR 97601

Chappell Pump & Supply
PO BOX 1683
Gilroy, CA 95021-1683

Corralitos Farms, LLC
116 Martinelli Street, Suite 7
Watsonville, CA 95076

Cypress Ag Consulting
PO BOX 3597
Freedom, CA 95019

Del Mar Food Products
1720 Beach Rd
Watsonville, CA 95076

Department of Motor Vehicles
PO Box 942869
Sacramento, CA 94269-0001

EDD
Bay Area Collection Office
7677 Oakport Street, Suite 400
Oakland, CA 94621-1933

Effie F. Anastassiou, Esq.
Anastassiou & Associates
PO BOX 2210
Salinas, CA 93902

Famous Software
8080 North Palm Ave., Suite 210
Fresno, CA 93711

Farmer Bros. Co.
PO BOX 79705
City of Industry, CA 91716-9705

FedEx
PO BOX 7221
Pasadena, CA 91109-7321

Fenton & Keller
PO BOX 791
Monterey, CA 93942

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Department of the Treasury
Ogden, UT 04201-0005

Julie Packard & Nancy Burnett
6551 Glen Haven Road
Soquel, CA 95073

K&M Enterprises, LLC
PO BOX 1464
Watsonville, CA 95077

Kanaka Peak Service
PO BOX 1287
Watsonville, CA 95077

Lakeside Organic Gardens, LLC
577 Judd Road
Watsonville, CA 95076

Mar Monte Clinic
846 Freedom Blvd
Watsonville, CA 95076

Monterey County Tax Collector
PO BOX 891

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                              F 9013-3.1.PROOF.SERVICE

Case: 15-51772    Doc# 298    Filed: 09/22/16    Entered: 09/22/16 14:55:32    Page 12 of 14

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
| Debtor(s). | |
| | CASE NUMBER: 15-51771 |

Salinas, CA 93902-0891

NABTA USA International, Inc.
6955 Barton Road
Granite Bay, CA 95746
Nationwide Agribusiness Ins.

McSherry & Hudson
PO BOX 2690
Watsonville, CA 95077

Norcal Nursery
PO BOX 1012
Red Bluff, CA 96080

Osuna Auto Electric
309 W Beach St
Watsonville, CA 95076

Pacific Gas and Electric Company
Center Tower, 650 Town Center Dr
Costa Mesa, CA 92626

Pajaro Valley Printing
1827 Freedom Blvd.
Freedom, CA 95019

Pajaro Valley Water Management
36 Brennan St
Watsonville, CA 95076

Purchase Power
PO BOX 371874
Pittsburgh, PA 15250-7874

RDO Water, LLC
10108 Riverford Road
Lakeside, CA 92040

Richard Jon Gurnee, Switzer Trust,
Etheleen Callender Trust
724 Brewington Avenue
Watsonville, CA 95076

Robert Fritz Koontz
29 Prendergast Lane
Watsonville, CA 95076

Robert Stevens
PO BOX 874
Soquel, CA 95073

Rodney Koontz
111 South 34th Street
Phoenix, AZ 85034

State Fund W/C Insurance Policy
6203 San Ignacio Avenue, #200
San Jose, CA 95119

State Steel Company
56 Porter Drive
Watsonville, CA 95076

Taylor's Office City
PO BOX 1119
Watsonville, CA 95077

Tom Lange Company, Inc.
Tom Lange Company International, Inc.
5231 South 6th St Road
Springfield, IL 62701

United Fresh Produce
PO BOX 409263
Atlanta, GA 30384

USDA PACA Branch
Tucson Federal Building, Room 7 T
300 West Congress Street
Tucson, AZ 85701-1319

Verizon Wireless
PO BOX 660108
Dallas, TX 75266-0108

Walking World, Inc.
1467 Siskiyou Blvd. #48
Ashland, OR 97520

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

| In re: SANTA CRUZ FARMING COMPANY, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 15-51771 |

WATSONVILLE POST OFFICE [Box 1061]
225 Main St
Watsonville, CA 95076

Wendal Rosen Black & Dean, LLP
PO BOX 2047
Oakland, CA 94607

Western Growers
17620 Fitch Street
Irvine, CA 92614

WQS Food Verification LLC
7301 Carmel Executive Park Drive
Suite 304
Charlotte, NC 28226

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**